| | |
|---|---|
| TRACEY D. REYNOLDS-BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 3:10-cv-00989 |
| SAXON MORTGAGE, INC., OCWEN FINANCIAL SERVICES, SRL, LLC, AND MORGAN STANLEY CREDIT CORPORATION, | ) ) ) ) ) |
| Defendants. | ) ) |

## AGREED ORDER OF COMPROMISE AND DISMISSAL

Based on the Joint Motion for Entry of Agreed Order of Compromise and Dismissal filed by Defendants, Saxon Mortgage Services, Inc. (incorrectly named "Saxon Mortgage, Inc." in the Complaint) ("Saxon"), Morgan Stanley Credit Corporation ("MSCC") (collectively, "Defendants") and Plaintiff, Tracey Reynolds-Brown ("Plaintiff"), the Court hereby ORDERS that the claims asserted by and between the parties to this litigation are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
JOHN T. NIXON